NUMBER 13-03-759-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN THE INTEREST OF A. P. P., A MINOR CHILD
____________________________________________________________________

On appeal from the 25th District Court of Gonzales County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, Regina Porras, perfected an appeal from a judgment entered by the
25th District Court of Gonzales County, Texas, in cause number 19,528. After the
notice of appeal was filed, appellant filed a motion to dismiss the appeal. Appellant
requests that this Court dismiss the appeal.

         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 6th day of May, 2004.